IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GABRIEL Q. FRAZIER,         )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       2:22cv663-MHT
                            )            (WO)
C.O./CORPORATE SMITH,       )
                            )
    Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order and to provide a current address.

(3) Plaintiff's application to proceed in forma pauperis (Doc. 2) is denied as moot.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 2nd day of February, 2023.**

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**